UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-22958-CIV-SEITZ/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SECRETARY, FLORIDA DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.
_____/

## ORDER GRANTING MOTION TO MODIFY PRELIMINARY INJUNCTION ON PARTIAL REMAND FROM ELEVENTH CIRCUIT

THIS MATTER is before the Court on the order of the Eleventh Circuit Court of Appeals granting a limited remand [DE-234] and Defendants' Unopposed Motion to Modify Preliminary Injunction Order and to Extend July 1, 2014 Implementation Deadline on Limited Remand from the Eleventh Circuit [DE-325]. The Eleventh Circuit's order granted a partial remand "for the limited purpose of allowing the district court to modify [Defendants'] deadline for providing a kosher diet to all inmates in the Florida prison system." Upon consideration, it is

ORDERED that:

1. Defendants' Unopposed Motion to Modify Preliminary Injunction Order and to Extend July 1, 2014 Implementation Deadline on Limited Remand from the Eleventh Circuit [DE-325] is GRANTED.

2. The original date of July 1, 2014 for full implementation of the religious diet program for kosher meals, set out in the Court's Preliminary Injunction Order [DE-106], is VACATED.

3. The Preliminary Injunction Order is modified to the extent that the Defendants shall implement a statewide religious diet program for kosher meals on a time schedule set forth in the plan filed at DE-283-1 at 11-13, and attached and incorporated herein (the Plan). Should any institution not be able to comply with the schedule set forth in the Plan, then the Defendants shall seek leave of Court upon good cause shown for that institution to implement the religious diet program at a later scheduled date but in no event later than July 1, 2015.

DONE and ORDERED in Miami, Florida, this __30__nd__ day of June, 2014.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

**Florida Department of Corrections**
**Religious Diet Program Implementation Schedule**
**Three Quarters: October 2014, January 2015, April 2015**

| Region 1 | OPS Chaplain Advertisement Date | OPS Chaplain Start Date | Chaplain Training and Review/Processing requests | RDP Program Implementation Date |
|---|---|---|---|---|
| Franklin CI (Main and Work Camp) [110] <br> Liberty CI (Main, South Unit and Quincy Annex) [122] <br> Century CI (Work Camp, Barrydale Forestry Camp and Pensacola Work Release) [110*] <br> Gadsden CF (Private Prison) [2] <br> Graceville CF (Private Prison) [11] <br> Okaloosa CI (Main and Work Camp) [172] <br> Santa Rosa CI (Main and Annex) [727] <br> Walton CI (Main and Work Camp) [37] <br> Gadsden Re-Entry Center [4] | 07/03/14 | 08/08/14 | 09/05/14 | 10/09/14 |

| Region 2 | OPS Chaplain Advertisement Date | OPS Chaplain Start Date | Chaplain Training and Review/Processing requests | RDP Program Implementation Date |
|---|---|---|---|---|
| Lawtey CI (Main, Dinsmore WRC, Bridges of Jacksonville, Shisa House East WRC, BOA of Jacksonville) [83*] <br> Madison CI (Main and Work Camp) [268] <br> Suwannee CI (Main, Annex and Work Camp) [378] <br> Baker CI (Main and Work Camp) [46*] <br> Hamilton CI (Main and Annex) [144] <br> Mayo CI (Annex and Work Camp) [217] | 07/03/14 | 08/08/14 | 09/05/14 | 10/09/14 |

| Region 3 | OPS Chaplain Advertisement Date | OPS Chaplain Start Date | Chaplain Training and Review/Processing requests | RDP Program Implementation Date |
|---|---|---|---|---|
| CFRC (Main, East and South Unit, Bridges of Orlando, Orlando WRC, Orlando Trans. Center Bridges of Cocoa, Kissimmee CRC, Transition House of Kissimmee) [41*] <br> Charlotte CI (Main and Ft. Myers Work Camp) [127*] <br> Homestead CI (Main) [22] <br> Dade CI (Main and Big Pine Key Road Prison) [92*] <br> SFRC (Main, South Unit, Opa Loca WRC, Miami North WRC, Bridges of Pompano, Pompano Trans. Center and Hollywood WRC [59*] | 07/03/14 | 08/08/14 | 09/05/14 | 10/09/14 |

These are anticipated dates of implementations. Any institution listed that is unable to meet the scheduled target date for good cause shall roll over to the next scheduled implementation date but in no event later than July 1, 2015.

Florida Department of Corrections
Religious Diet Program Implementation Schedule
Three Quarters:   October 2014, January 2015, April 2015

| Region 1 | OPS Chaplain Advertisement Date | OPS Chaplain Start Date | Chaplain Training and Review/Processing requests | RDP Program Implementation Date |
|---|---|---|---|---|
| Bay CF (Private Prison) [*] | | | | |
| Gulf CI (Main, Annex and forestry Camp) [238] | 10/03/14 | 11/14/14 | 12/12/14 | 01/09/15 |
| Holmes CI (Main and Work Camp) [89] | | | | |
| Jackson CI (Main, Work Camp and Graceville Work Camp) [142*] | | | | |
| Blackwater CF (Private Prison) [19] | | | | |
| Apalachee (East and West) [103] | | | | |
| Calhoun CI (Main and Work Camp) [80] | | | | |
| Wakulla CI (Main, Annex and Work Camp) [312] | | | | |

| Region 2 | OPS Chaplain Advertisement Date | OPS Chaplain Start Date | Chaplain Training and Review/Processing requests | RDP Program Implementation Date |
|---|---|---|---|---|
| Lancaster CI (Main and Work Camp) [3] | 10/03/14 | 11/14/14 | 12/12/14 | 01/09/15 |
| Columbia CI (Main, Annex and Bridges of Lake City) [151*] | | | | |
| Putnam CI (Main) [8] | | | | |
| Lake City CF (Private Prison) [*] | | | | |
| RMC (Main, West Unit and Work Camp) [93] | | | | |

| Region 3 | OPS Chaplain Advertisement Date | OPS Chaplain Start Date | Chaplain Training and Review/Processing requests | RDP Program Implementation Date |
|---|---|---|---|---|
| Lake CI (Main) [139] | 10/03/14 | 11/14/14 | 12/12/14 | 01/09/15 |
| Martin CI (Main Unit, Work Camp, Loxahatchee Road Prison, Ft. Pierce WRC, Atlantic WRC Sago Palm Re-Entry and West Palm Beach WRC) [80*] | | | | |
| Okeechobee CI (Main) [123] | | | | |
| Desoto (Annex, Work Camp, Arcadia Road Prison) [78] | | | | |
| Hernando CI (Main, Pinellas WRC and Suncoast WRC) [16*] | | | | |
| Zephyrhills CI (Main and DACCO) [40*] | | | | |
| Polk CI (Main, Work Camp, Largo Road Prison, Trans. House of Bartow, Trans. House of Tarpon Springs and St. Pete WRC) [90*] | | | | |

These are anticipated dates of implementations. Any institution listed that is unable to meet the scheduled target date for good cause shall roll over to the next scheduled implementation date but in no event later than July 1, 2015.

**Florida Department of Corrections**
**Religious Diet Program Implementation Schedule**
**Three Quarters: October 2014, January 2015, April 2015**

| Region 1 | OPS Chaplain Advertisement Date | OPS Chaplain Start Date | Chaplain Training and Review/Processing requests | RDP Program Implementation Date |
|---|---|---|---|---|
| Jefferson CI (Main, Tallahassee Work Release and Shisa House West) [43*] | | | | |
| Taylor CI (Main, Annex and Work Camp) [292] | | | | |
| NWFRC (Main, Annex and Panama City Work Release) [146] | 01/02/15 | 02/06/15 | 03/06/15 | 04/01/15 |

| Region 2 | OPS Chaplain Advertisement Date | OPS Chaplain Start Date | Chaplain Training and Review/Processing requests | RDP Program Implementation Date |
|---|---|---|---|---|
| FWRC (Main) [20] | | | | |
| Lowell CI (Main, Annex and Work Camp) [108] | | | | |
| Marion CI (Main, Work Camp, Santa Fe Work Release, Re-Entry Center of Ocala and Gainesville Work Camp) [171*] | 01/02/15 | 02/06/15 | 03/06/15 | 04/01/15 |
| Tomoka CI (Main, Work Camp, Daytona Work Release, Reality House and SMA-CFRC) [77*] | | | | |

| Region 3 | OPS Chaplain Advertisement Date | OPS Chaplain Start Date | Chaplain Training and Review/Processing requests | RDP Program Implementation Date |
|---|---|---|---|---|
| Moore Heaven CF (Private Prison) [27] | | | | |
| South Bay CF (Private Prison) [49] | | | | |
| Sumter CI (Main, Work Camp and BTU) [373] | 01/02/15 | 02/06/15 | 03/06/15 | 04/01/15 |
| Hardee CI (Main, Work Camp and Bradenton Trans. Center) [92*] | | | | |

These are anticipated dates of implementations. Any institution listed that is unable to meet the scheduled target date for good cause shall roll over to the next scheduled implementation date but in no event later than July 1, 2015.