UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-22958-CIV-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS
and FLORIDA DEPARTMENT OF CORRECTIONS,

    Defendants.
_____/

## ORDER DENYING MOTION

THIS MATTER is before the Court upon Non-Party Silas Kendricks' Motion for Clarification Pursuant to 5 U.S.C.S. § 552 [DE-663]. Movant Kendricks requests that the Court "clarify" that Defendants treatment of Movant is in violation of the Court's Order on Motions for Summary Judgment [DE-498]. First, 5 U.S.C. § 552 applies to government agencies, not the federal courts, and, thus, provides no basis for relief here. Second, Movant Kendricks does not actually seek clarification of a prior order; he seeks a ruling that Defendants are in violation of the Court's orders. The United States, as Plaintiff, is in the best position to investigate any alleged violations of the Court's Permanent Injunction and take the appropriate actions to seek relief from the Court, if necessary. Accordingly, it is

ORDERED that:

1. Non-Party Silas Kendricks' Motion for Clarification Pursuant to 5 U.S.C.S. § 552 [DE-663] is DENIED.

2. Plaintiff is instructed to investigate Movant Silas's claims that Defendants are in violation of the Court's orders.

DONE and ORDERED in Miami, Florida this 4th day of January, 2017.

*[signature]*

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record
Silas Kendricks, #122288, Bunk # B1-133S
Desoto Correctional Institution
13617 SE Highway 70
Arcadia, Florida 43266