UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-22958-CIV-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS
and FLORIDA DEPARTMENT OF CORRECTIONS,

    Defendants.
_____/

## ORDER DENYING MOTION TO ENFORCE

THIS MATTER is before the Court upon Non-Party Arthur N. Wright's Motion to Enforce Upon Finding of Contempt [DE-671] and accompanying affidavits [DE-672]. Mr. Wright seeks to hold Defendants in contempt and impose sanctions on them for their alleged failure to comply with the Court's Final Judgment and Permanent Injunction. However, it appears from his papers, that Mr. Wright has not set out any actual violation of the Court's Final Judgment and Permanent Injunction. Instead, Mt. Wright contends Defendants enforce general prison regulations unequally against the participants in the RDP. While such actions may be the basis for other types of claims by Plaintiff, such actions do not amount to a violation of the Court's Final Judgment and Permanent Injunction. Accordingly, it is

ORDERED that Non-Party Arthur N. Wright's Motion to Enforce Upon Finding of Contempt [DE-671] is DENIED.

DONE and ORDERED in Miami, Florida this 14th day of March, 2017.

                                                            _____
                                                           PATRICIA A. SEITZ
                                                           UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record
       Arthur N. Wright,
       039308/Q1-201U
       Wakulla Correctional Institution, Annex
       110 Melaleuka Drive
       Crawfordville, FL 32327