UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-22958-CIV-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS
and FLORIDA DEPARTMENT OF CORRECTIONS,

    Defendants.
_____/

## ORDER DENYING MOTION TO ENFORCE

THIS MATTER is before the Court upon Non-Party Jahi Amadi Hasanati's Motion to Enforce Relief [DE 762], in which he seeks Court action to enforce the Court's previously entered permanent injunction. However, the permanent injunction was dissolved on January 9, 2019. *See* DE 756. Thus, there is no injunction in place that the Court could enforce. Accordingly, it is

ORDERED that Jahi Amadi Hasanati's Motion to Enforce Relief [DE 762] is DENIED.

DONE and ORDERED in Miami, Florida this 22nd day of May, 2019.

                                          PATRICIA A. SEITZ
                                          UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record
       Jahi Amadi Hasanati, #D16084
       Hamilton Correctional Institution
       10650 S.W. 46th Street
       Jaspe5, FL 32052