UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-22958-CIV-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS
and FLORIDA DEPARTMENT OF CORRECTIONS,

    Defendants.

_____/

**ORDER DENYING MOTION FOR COMPLIANCE FOR
FINAL JUDGMENT AND PERMANENT INJUNCTION**

THIS MATTER is before the Court upon inmate Kenneth Wayne Kolb's Motion for Compliance for Final Judgment and Permanent Injunction, [DE 767].

In the Motion, Mr. Kolb contends that the Defendants have failed to comply with the Court's permanent injunction ordered on August 12, 2015. However, the permanent injunction was terminated on January 9, 2019. See [DE 756]. Thus, there is no injunction in place that the Court could enforce. Accordingly, it is

ORDERED that Kenneth Wayne Kolb's Motion for Compliance for Final Judgment and Permanent Injunction, [DE 767] is **DENIED**.

DONE and ORDERED in Miami, Florida this 10th day of August, 2020.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record
       Kenneth Wayne Kolb, #069540
       Dade Correctional Institution
       19000 S.W. 377th St.
       Florida City, Florida 33034-6409