UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-22958-CIV-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS
and FLORIDA DEPARTMENT OF CORRECTIONS,

    Defendants.

_____/

### ORDER DENYING MOTION TO PRODUCE

THIS MATTER is before the Court upon Non-Plaintiff Jahi Amadi Hasanati's Motion to Produce documents that show that Defendant provides each prisoner with a designated dining area to practice his/her religious dietary tenet [DE 773]. However, the permanent injunction which gave rise to this now closed litigation and any requirements that the Defendant comply with this Court's orders related to that injunction was dissolved on January 9, 2019. *See* [DE 756]. Thus, the Court lacks jurisdiction to consider this Motion. Therefore, it is

**ORDERED** that Jahi Amadi Hasanati's Motion to Produce [DE 768] is **DENIED.**

DONE and ORDERED in Miami, Florida this 10th day of March, 2021.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

cc:    All Counsel of Record
       Jahi Amadi Hasanati
       Prisoner No. D15084
       Graceville, Fl  32440